■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE R. FELICIANO, Appellant. [608 NYS2d 102] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered December 18, 1992, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS FERREIRAS, Appellant. [608 NYS2d 102] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered April 27, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The contentions of the defendant relating to the People's alleged violation of the court's *Sandoval* ruling are unpreserved for appellate review and, in any event, are without merit *(see,* CPL 470.05 [2]). Bracken, J. P., Sullivan, Rosenblatt and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD FISHER, Appellant. [608 NYS2d 102] —Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered September 24, 1992, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.